# STATE OF MICHIGAN

# COURT OF APPEALS

PAMPA LANES, INC.,

Petitioner-Appellant,

v

CITY OF WARREN,

Respondent-Appellee.

UNPUBLISHED
October 19, 2017

No. 334152
Tax Tribunal
LC No. 2014-002721

Before: TALBOT, C.J., and O'CONNELL and O'BRIEN, JJ.

TALBOT, C.J. (*concurring*).

I concur in the result only.

/s/ Michael J. Talbot

-1-